```
              UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ALABAMA
                      MIDDLE DIVISION


THE PRUDENTIAL INSURANCE    *
COMPANY OF AMERICA,         *
                            *
     PLAINTIFF,             *
                            *
v.                          *
                            *
NATHAN BEAN; E.B., A MINOR  *
CHILD;EMILY TAYLOR,         *
ADMINISTRATOR OF THE ESTATE *
OF DORIS SIMMONS BEAN,      *
                            *
     DEFENDANTS.            *
```

## ENTRY OF APPEARANCE

   COMES NOW Trenton R. Garmon and does file this limited entry of appearance as counsel for the NATHAN BEAN, a Defendant in the above-style action.

   Submitted this the 13th day of November 2012.

                           Respectfully Submitted,
                           s/ *Trenton R. Garmon*
                           Trenton R. Garmon (GAR093)
                           Attorney for Defendant
                           1228 21ST Place South
                           Birmingham, Alabama  35205
                           Telephone:  205-933-5342
                           Facsimile:  205-588-0057
                           trent@garmonlawfirm.com

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon counsel for the Plaintiff by way of electronic filing on and by way of direct email.

Christopher C. Yearout, Esq.
Lightfoot Franklin White, LLC
400 20th Street North
Birmingham, Alabama  35203
cyearout@lightfootlaw.com
Attorney for Plaintiff Prudential

Abbott Marie Jones
Christian & Small, LLP
1800 Financial Center
505 20th Street North
Birmingham, Alabama  35203
amjones@csattorneys.com

Candace B. Crenshaw
Weathington, Moore, Weiskopf & Hill, PC
P.O. Box 310
Moody, Alabama  35004
cbc@weathington-moore.com


Done this the 13th day of November 2012.

                                                  s/ *Trenton R. Garmon*