FILED
 2012 Nov-24  AM 09:27
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

THE PRUDENTIAL INSURANCE       *
COMPANY OF AMERICA,            *
                               *
     PLAINTIFF,                *
                               *
v.                             *
                               *
NATHAN BEAN; E.B., A MINOR     *
CHILD;EMILY TAYLOR,            *
ADMINISTRATOR OF THE ESTATE    *
OF DORIS SIMMONS BEAN,         *
                               *
     DEFENDANTS.               *

## GENERAL ACCOUNTING

COMES NOW Trenton R. Garmon and does file this General Accounting on behalf of Defendant, Nathan Bean.  The undersigned does confirm the following facts related to this filing, *to wit*:

1. On or about 4 October 2012 the Defendant tendered check number 0854 drawn on Branch Banking & Trust Company (dba BB&T) made payable to the Garmon Law Firm for thirty-five thousand dollars ($35,000.00).
2. These funds were state by Nathan Bean to reflect the balance remaining of the Prudent Insurance Proceeds paid on the policy of Doris Bean.
3. Said funds were deposited into the IOLTA Account or Trust Account of the Garmon Law Firm with Keystone Bank of Gadsden, Alabama on 05 October 2012.
4. These funds remain held in trust with Keystone Bank.
5. The Defendant was advised to create an accounting of which has been attached.
6. A difference of eight thousand six hundred twenty one dollars and thirty one cents ($8,621.31) exist between

the thirty five thousand dollars ($35,000) tendered, the forty eight thousand one hundred twenty one dollars and nine cents ($48,121.09) itemized as spent and the ninety one thousand seven hundred forty two dollars and forty cents ($91,742.40) paid to Nathan Bean by Prudential.
7. Defendant Nathan Bean was advised to submit bank statements for the months of August, September and October of 2012 to counsel to account for the difference. Note, the Prudential check was issued on or about 23 August 2012.
8. Counsel for the Defendant has again confirmed these statements are needed and the Defendant has advised counsel he will be submitting such.
9. Notwithstanding the bank statements, the monies currently being held in trust are in fact thirty-five thousand dollars ($35,000.00) as indicated by the signed "Trust Deposit Accounting" and BB&T check drawn on the account of Nathan & Jennifer Bean.

Submitted this the 24th day of November 2012.

                        Respectfully Submitted,
                        s/ *Trenton R. Garmon*
                        Trenton R. Garmon (GAR093)
                        Attorney for Defendant
                        1228 21ST Place South
                        Birmingham, Alabama  35205
                        Telephone:  205-933-5342
                        Facsimile:  205-588-0057
                        trent@garmonlawfirm.com

CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing upon counsel for the Plaintiff by way of electronic filing on and by way of direct email.

    Christopher C. Yearout, Esq.
    Lightfoot Franklin White, LLC
    400 20th Street North
    Birmingham, Alabama  35203
    cyearout@lightfootlaw.com
    Attorney for Plaintiff Prudential

Abbott Marie Jones
Christian & Small, LLP
1800 Financial Center
505 20th Street North
Birmingham, Alabama  35203
amjones@csattorneys.com


Candace B. Crenshaw
Weathington, Moore, Weiskopf & Hill, PC
P.O. Box 310
Moody, Alabama  35004
cbc@weathington-moore.com


Done this the 24th day of November 2012.

                                                  s/ *Trenton R. Garmon*