FILED
 2014 Apr-04  PM 05:07
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

```
              UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ALABAMA
                     MIDDLE DIVISION


THE PRUDENTIAL INSURANCE     *
COMPANY OF AMERICA,          *
                             *
     PLAINTIFF,              *
                             *
v.                           *    4:12-CV-03441-KOB
                             *
NATHAN BEAN; E.B., A MINOR   *
CHILD;EMILY TAYLOR,          *
ADMINISTRATOR OF THE ESTATE  *
OF DORIS SIMMONS BEAN,       *
                             *
     DEFENDANTS.             *
```

## MOTION TO WITHDRAW

Comes now the undersigned, Trenton R. Garmon, Esq. and does move this Honorable Court for an Order granting his withdrawal from the above-referenced case. In consideration of such the undersigned does assert the following:

(1) Counsel was retained to represent Nathan Bean.

(2) Certain work was done and a file created as well as maintain for said client.

(3) A bar complaint was filed against the undersigned by a non-client and the undersigned fought the basis of the allegations, turning down an offer for a public reprimand.

(4) Consequentially the undersigned was suspended from the practice of law for 91 days.

(5) The Supreme Court of Alabama has affirmed the decision with no opinion and denied the undersigned's application for rehearing with no opinion, with Chief Justice Moore recusing and Justice Parker dissenting.

(6) The effective date of the suspension is 04/07/2014 per the Order of the Supreme Court which was provided via electronic mail (03/25/2014) from the Office of General Counsel.

(7) The undersigned is withdrawing from all of his cases to be in compliance with Rule 26 of the Alabama Rules of Disciplinary Procedure.

(8) The client has been notified and has retained different counsel for the related state court case.  He has been recommended to obtain counsel for this Federal Court action.

(9) Allowing for the withdrawal will, hopefully, not allow an injustice or undue hardship to occur as the undersigned has worked up and maintained a file on each of the cases from which he is now withdrawing and will make said file available to new counsel.

(10) It may be noted a Motion to Interplead Funds has been filed and Official Check #020119 drawn on Keystone Bank for $35,000 has been sent via Certified Mail to the Clerk of Court for the United States District Court – Northern District of Alabama.


   Wherefore, premises considered the undersigned does request this Honorable Court:

   (I)     Grant him an order allowing for his withdrawal
           upon receipt of and the clerk's confirming the
           depositing of the interpled funds.

           Done this the 04th day of April 2014.

>Respectfully Submitted,
>s/ *Trenton R. Garmon*
>Trenton R. Garmon (GAR093)
>Attorney for Defendant
>255 South 8th Street
>Gadsden, Alabama  35901
>Telephone:  256-543-3401
>Facsimile:  205-588-0057
>trent@garmonlawfirm.com

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon counsel for the Plaintiff by way of electronic filing on and by way of direct email.

>Christopher C. Yearout, Esq.
>Lightfoot Franklin White, LLC
>400 20th Street North
>Birmingham, Alabama  35203
>cyearout@lightfootlaw.com
>Attorney for Plaintiff Prudential

>Abbott Marie Jones
>Christian & Small, LLP
>1800 Financial Center
>505 20th Street North
>Birmingham, Alabama  35203
>amjones@csattorneys.com

>Candace B. Crenshaw
>Weathington, Moore, Weiskopf & Hill, PC
>P.O. Box 310
>Moody, Alabama  35004
>cbc@weathington-moore.com

Done this the 04th day of April 2014.

>s/ *Trenton R. Garmon*

```
             UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ALABAMA
                    MIDDLE DIVISION


THE PRUDENTIAL INSURANCE     *
COMPANY OF AMERICA,          *
                             *
     PLAINTIFF,              *
                             *
v.                           *    4:12-CV-03441-KOB
                             *
NATHAN BEAN; E.B., A MINOR   *
CHILD;EMILY TAYLOR,          *
ADMINISTRATOR OF THE ESTATE  *
OF DORIS SIMMONS BEAN,       *
                             *
     DEFENDANTS.             *
```

Proposed Order

WHEREFORE premises considered the Motion to Withdraw filed by Trenton R. Garmon is hereby withdrawn and he is allowed to withdraw as counsel.

_____
FEDERAL COURT JUDGE